IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MILTON CALONIE MORRIS,
    Plaintiff,

v.         **Judgment in a Civil Case**

VICTOR LOCKLEAR, CAPTAIN ESSEX,
SERGEANT SNYDER, SERGEANT
KEARSE,
    Defendants.     Case Number: 5:21-CT-3375-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This Judgment Filed and Entered on November 23, 2022, with service on:
Milton Calonie Morris (via U.S. Mail)
0919535
Warren Correctional Institution
P.O. Box 728
Norlina, NC 27563

November 23, 2022          Peter A. Moore, Jr.
                                                            Clerk of Court

                                                    By: *[signature: Stephanie Mann]*
                                                           Deputy Clerk